```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
JOSEPH KLAYNBERG,                                            :   Case No. 22-10165 (MG)
                                                             :
            Debtor.                                          :
                                                             :
------------------------------------------------------------ x
Jonathan L. Flaxer, Chapter 11 Trustee for                   :
the Estate of Joseph Klaynberg,                              :   Adv. Pro. No. 22-01014 (MG)
                                                             :
            Plaintiff,                                       :
                                                             :
v.                                                           :
                                                             :
Series 2020A of Nahla Capital LLC,                           :
                                                             :
            Defendant.                                       x
------------------------------------------------------------
```

## ORDER EXTENDING FACT DISCOVERY DEADLINE

Upon consideration of the joint submission by Plaintiff Jonathan L. Flaxer, as Chapter 11 Trustee (the "Trustee")[1] for the estate of Joseph Klaynberg, and Defendant Series 2020A of Nahla Capital LLC, and the Court on July 22, 2022 having entered a Case Management and Scheduling Order (Adv. Pro No. 22-01014, ECF Doc. # 12) (the "Scheduling Order") in the above-captioned adversary proceeding, and the Court finding good cause for the relief set forth herein;

**IT IS HEREBY ORDERED THAT:**

1. The deadline for completion of all <u>fact</u> discovery as set forth in paragraph 3 of the Scheduling Order, which currently is November 21, 2022, shall be extended through and including January 23, 2023.

---

[1] On September 23, 2022, the court entered an order approving the appointment of Jonathan L. Flaxer as chapter 11 trustee for the debtor's estate. The chapter 11 trustee was automatically substituted as plaintiff in this adversary proceeding upon appointment pursuant to Fed. R. Bankr. P. 2012 and 7025. The caption therefore has been amended to designate the chapter 11 trustee as the proper party plaintiff.

2. Except as expressly set forth herein, the Scheduling Order and the deadlines set forth therein shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: October 11, 2022
       New York, New York

                                          **/s/ Martin Glenn**
                                          MARTIN GLENN
                                     United States Bankruptcy Judge